**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 06-7758

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

BEVERLY FORDE, a/k/a Cynthia Taylor, a/k/a
Margaret Hescott,

Defendant - Appellant.

Appeal from the United States District Court for the Eastern
District of Virginia, at Alexandria.   Claude M. Hilton, Senior
District Judge.   (1:92-cr-00429-CMH)

Submitted:  February 22, 2007        Decided:  March 2, 2007

Before WILLIAMS, MOTZ, and SHEDD, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Beverly Forde, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Beverly Forde appeals from the district court's order denying her motion for modification of her sentence in light of United States v. Booker, 543 U.S. 220 (2005). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. United States v. Forde, No. 1:92-cr-00429-CMH (E.D. Va. Aug. 23, 2006). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED